1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  TIFFANY MENCONI

7                IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,        ) No. 2:12-CR-00179-CKD
10                                  )
              Plaintiff,            )
11                                  ) STIPULATION AND ORDER CONTINUING
        v.                          ) BENCH TRIAL
12                                  )
   TIFFANY MENCONI,                 )
13                                  ) Date:  OCTOBER 22, 2012
              Defendant.            ) Time:  9:30 a.m.
14 _____  ) Judge: Hon. Carolyn K. Delaney

15
        The parties, through their respective attorneys, hereby stipulate
16
   and agree to continue the currently scheduled bench trial in this case
17
   from August 27, 2012 to October 22, 2012, at 9:30 a.m. Additional time
18
   is needed for new defense counsel to take over the case, research
19
   possible defenses, and conduct continued plea negotiations.
20

21
                                    Respectfully submitted,
22
                                    DANIEL J. BRODERICK
23                                  Federal Defender

24 Dated:  August 9, 2012

25                                  /s/ Linda C. Harter
                                    LINDA C. HARTER
26                                  Chief Assistant Federal Defender
                                    Attorney for Defendant
27                                  TIFFANY MENCONI

28

Dated: August 9, 2012

/s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Special Assistant U.S. Attorney

---------------

Pursuant to the stipulation of the parties and for the reasons stated therein, IT IS HEREBY ORDERED that the bench trial in this case be continued from August 27, 2012, to October 22, 2012, at 9:30 a.m.

Dated: August 10, 2012

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
United States Magistrate Judge