1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   REBECCA A. KELLY
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone (916) 498-5700
6
   Attorney for Defendant
7  TIFFANY A. MENCONI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-mj-00179-CKD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | VACATE THE BENCH TRIAL AND SET |
| v. | ) | A CHANGE OF PLEA AND |
| | ) | SENTENCING |
| TIFFANY A. MENCONI, | ) | |
| | ) | |
| Defendant. | ) | Date: November 15, 2012 |
| | ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. Carolyn K. Delaney |

The United States Attorney through his respective counsel, JEFFREY A. SPIVAK, Special Assistant United States Attorney, and LINDA C. HARTER, attorney for TIFFANY A. MENCONI, and Certified Student Attorney, REBECCA A. KELLY, hereby stipulate to vacate the bench trial set for October 22, 2012 at 9:30 a.m. and set for a change of plea and sentencing.

Accordingly, the parties jointly request that a change of plea and sentencing hearing be scheduled for November 15, 2012 at 9:30 a.m. before Magistrate Judge Carolyn K. Delaney.

Dated: October 11, 2012                 Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Linda Harter
                                        LINDA HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        TIFFANY A. MENCONI

                                        /s/ Rebecca A. Kelly
                                        REBECCA A. KELLY
                                        Certified Student Attorney

Dated: October 11, 2012                 BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/ Jeffrey A. Spivak
                                        JEFFREY A. SPIVAK
                                        Special Assistant U.S. Attorney




**ORDER**

IT IS SO ORDERED.


DATED: October 12, 2012                 /s/ Carolyn K. Delaney
                                        HON. CAROLYN K. DELANEY
                                        United States Magistrate Judge